**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 393 WAL 2017

Respondent

                  Petition for Allowance of Appeal from
                  the Order of the Superior Court

v.

JOHN SMIERCIAK,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.